### BRINSON vs. THE STATE OF GEORGIA.

1. The evidence was conflicting, and there was enough to support the verdict.
2. If a pistol be carried concealed but for a moment, it is a violation of the law.  46 *Ga.*, 292.

Judgment affirmed.

February 17, 1886.

BLANDFORD, Justice.

[Brinson was indicted for having and carrying about his person a pistol concealed. The evidence was conflicting. The court charged that if the pistol was concealed but for a moment, it was a violation of the law. The defendant was found guilty. He moved for a new trial, which was refused, and he excepted.]